[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14510
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 10, 2011
JOHN LEY
CLERK

Agency No. A088-187-001

NOHA IBRAHIM MABROUK RAMADAN,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(June 10, 2011)

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Noha Ramadan, a native and citizen of Egypt, petitions this Court for

review of a decision by the Board of Immigration Appeals ("BIA") affirming the

immigration judge's denial of her application for withholding of removal. Ramadan alleged that she suffered past persecution and had a well-founded fear of future persecution on account of a statutorily protected ground, namely her particular social group of being a female in the Middle East. The BIA denied Ramadan's withholding claim in part because this purported social group was "too broad to be legally cognizable" under the Immigration and Nationality Act ("INA").

We express no view on that finding by the BIA because Ramadan fails to challenge it in her brief to this Court, and she has therefore abandoned any such argument. See Sepulveda v. U.S. Att'y Gen., 401 F.3d 1226, 1228 n.2 (11th Cir. 2005).[1] As a result, Ramadan cannot show that any past persecution she suffered or well-founded fear of persecution she may have was on account of a statutorily protected ground, as required to obtain withholding of removal. See Delgado v. U.S. Att'y Gen., 487 F.3d 855, 860–61 (11th Cir. 2007); INA § 241(b)(3), 8 U.S.C. § 1231(b)(3). Accordingly, we deny her petition.

**PETITION DENIED.**

---

[1] Ramadan has also abandoned on appeal any claim of asylum or relief under the Convention Against Torture.